**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Lisa Winkelman,                                                    Case No. 3:15CV1751

        Plaintiff

        v.                                                              **ORDER**

Commissioner of Social Security,

        Defendant

This is a Social Security case in which the plaintiff, Lisa Winkelman, appeals from the Commissioner's denial of her application for benefits.

An administrative law judge found that Winkelman suffered from two severe impairments: opioid dependence and major depressive disorder. But the ALJ went on to find that: 1) Winkelman nevertheless retained the residual functional capacity to perform a full range of work at all exertional levels; and 2) there were a significant number of jobs in the national economy that Winkelman was capable of performing.

Pending is Magistrate Judge McHargh's Report and Recommendation, which found that the ALJ's decision rested on substantial evidence. (Doc. 16).

Winkelman did not object to the R&R and has therefore waived her right to a de novo determination of the ground that the Magistrate Judge thoroughly and carefully covered. *Amison v. Legg*, 2015 WL 853526, *1 (N.D. Ohio) (Lioi, J.); *see also Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987) (same).

It is, therefore,

ORDERED THAT:

1.      The Magistrate Judge's Report and Recommendation (Doc. 16) be, and the same

        hereby is, adopted as the order of the court; and

2.      The Commissioner's decision denying plaintiff's application for benefits be, and the

        same hereby is, affirmed.

So ordered.

                                        /s/ James G. Carr
                                        Sr. U.S. District Judge